JS-6

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION
11

12  )
13  **DANNA VONGAMATH,**      )        **No. SA CV 24-02334-VBF-ADS**
                              )
14              Petitioner,   )        **Dismissing the Case Without Prej.**
                              )
15       v.                   )
                              )
16  DEPARTMENT OF HOMELAND    )
    SECURITY et al.,      .,  )
17                            )
                Defendants.   )
18  _____  )

19
20       On October 28, 2024, plaintiff filed the civil rights complaint, CM/ECF Document
21  ("Doc") 1, which was docketed on October 29, 2024.  Also on October 29, 2024, the Clerk's
    Office sent plaintiff a CV-93P Notice re Discrepancies in Prisoner Filing (Doc 2), advising
22  plaintiff that he had to pay the case filing fee or file a proper request to proceed in forma
23  pauperis within thirty days from the date of the order.  The Notice clearly warned plaintiff
24  that the action would be dismissed if he did not respond.

25       That thirty-day period started on October 30, 2024, and ended at 11:59 p.m. on
26  November 28, 2024, over two months ago, and plaintiff has made no further filings.
27
28

1          **Accordingly, this action is DISMISSED without prejudice for** failure to pay the

2    filing fee, failure to prosecute the action with reasonable diligence, and failure to comply

3    with court order.

4          **This action is** TERMINATED (JS-6).

5          **IT IS SO ORDERED.**

6

7    Dated:  February 6, 2025

8                                                              _____

9                                                              Honorable Valerie Baker Fairbank
                                                               Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28